# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **RICHARD STAPLEMAN**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant**(s): **GULF INTERSTATE FIELD SERVICES, INC.**

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Daniel L. Bonnett**
**Martin & Bonnett, P.L.L.C.**
**1850 N. Central Avenue, Suite 2010**
**Phoenix, Arizona  85004**
**(602) 240-6900**

**Richard (Rex) J. Burch**
**Bruckner Burch PLLC**
**8 Greenway Plaza, Suite 1500**
**Houston, Texas  77046**
**(713) 877-8788**

**James A. Jones**
**Bruckner Burch PLLC**
**8 Greenway Plaza, Suite 1500**
**Houston, Texas  77046**
**(713) 877-8788**

**Shanon J. Carson**
**Berger & Montague, P.C.**
**1622 Locust Street**
**Philadelphia, Pennsylvania  19103**
**(215) 875-3000**

Defendant's Atty(s):

**Sarah R. Schalman-Bergen**
**Berger & Montague, P.C.**
**1622 Locust Street**
**Philadelphia, Pennsylvania  19103**
**(215) 875-3000**


**Alexandra K. Piazza**
**Berger & Montague, P.C.**
**1622 Locust Street**
**Philadelphia, Pennsylvania  19103**
**(215) 875-3000**

---

II. Basis of Jurisdiction:          **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

                         Plaintiff:- **N/A**

                         Defendant:- **N/A**

IV. Origin :                **1. Original Proceeding**

V. Nature of Suit:              **710 Fair Labor Standards Act**

VI.Cause of Action:              **29 U.S.C. § 216; recovery of unpaid wages**

VII. Requested in Complaint

               Class Action:**No**

               Dollar Demand:**TBD**

               Jury Demand:**Yes**

VIII. This case **is not related** to another case.

---

**Signature:  s/Daniel L. Bonnett**

   **Date:  4/28/17**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

**Revised: 01/2014**